UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD THORNTON,               )<br>                               )<br>         Plaintiff,            )<br>                               )<br>    -vs-                        )<br>                               )<br>CAPITAL MANAGEMENT SERVICES, LP,)<br>                               )<br>         Defendant.            )<br>_____) | NO. CV-09-0003-LRS<br><br>ORDER TO SHOW CAUSE |

The Complaint herein was filed on January 8, 2009.  Therefore, the Court requires Plaintiff to show cause in writing within fifteen (15) days from the date of this Order as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure 41(b).  **FAILURE TO RESPOND WITHIN FIFTEEN (15) DAYS WILL RESULT IN DISMISSAL WITHOUT PREJUDICE.**  Accordingly,

   **IT IS ORDERED** that Plaintiff show cause in writing within fifteen (15) calendar days, or no later than **March 25, 2011.**

   **DATED** this 7th day of March, 2011.

                              *s/Lonny R. Suko*
                         _____
                              LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE