Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DONALD THORNTON**, | ) Case No. CV-09-0003-LRS |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL WITH** |
| vs. | ) **PREJUDICE** |
| | ) |
| **CAPITAL MANAGEMENT SERVICES, LP** | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Untied States District Court for the Eastern District of Washington Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 8th day of March, 2011.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

1   NOTICE OF DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1  Filed electronically on this 8th day of March, 2011, with:

2
3  United States District Court CM/ECF system

4
5  By: s/ Tremain Davis
6      Tremain Davis

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   2   NOTICE OF DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com